IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STRIDER ROGNIRHAR, a/k/a Jonathan Picollo, | ) ) ) | 4:05cv3130 |
| Plaintiff, | ) ) | MEMORANDUM AND ORDER |
| vs. | ) ) ) | |
| KURT KINLUND, et al., | ) ) | |
| Defendants. | ) | |

This matter is before the court on filing no. 51, the Plaintiff's Motion to Alter or Amend; and filing no. 52, the defendants' Response to Plaintiff's Motion to Alter or Amend. In filing no. 51, the plaintiff, Strider Rognirhar, requests reconsideration of my Memorandum and Order of April 25, 2006 (filing no. 50), denying his motions for preliminary injunctive relief. For the reasons stated in filing no. 50 and in filing no. 52, the Plaintiff's Motion to Alter or Amend is denied, and the defendants' resistance to that motion is sustained.

SO ORDERED.

DATED this 11th day of May, 2006.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief District Judge