IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STRIDER ROGNIRHAR, a/k/a Jonathan Picollo, | ) ) ) | 4:05cv3130 |
| Plaintiff, | ) ) | MEMORANDUM AND ORDER |
| vs. | ) ) ) | |
| KURT KINLUND, et al., | ) ) | |
| Defendants. | ) | |

This matter is before the court on filing no. 54, the Notice filed by defendants-Peggy Lange, Kurt Kinlund, Richard Cruickshank, Michael Kenney, Jo Ann Kinney, Mikki Kirkpatrick and Frank Hopkins that the District Court of Lancaster County, Nebraska has rendered judgment in the parallel proceeding, Case No. CIO5-423, in that court.

THEREFORE, IT IS ORDERED:

1. That the stay entered in the above-entitled case on April 25, 2006 (filing no. 50) is hereby dissolved;

2. That by January 12, 2007, the defendants as a group and the plaintiff, Strider Rognirhar, shall each file a status report with the court stating that side's view of the legal and factual issues remaining to be resolved in the above-entitled case;

3. That by January 12, 2007, the defendants, who prevailed in Case No. CIO5-423, shall file with this court copies of whatever written materials (orders, briefs, etc.) filed in Case No. CIO5-423 will enable this court to ascertain exactly what issues were before the state court and were decided by that court.

DATED this 18th day of December, 2006.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief District Judge