IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STRIDER ROGNIRHAR, a/k/a | ) | |
| Jonathan Picollo, | ) | 4:05cv3130 |
| | ) | |
| Plaintiff, | ) | ORDER TO SHOW CAUSE |
| vs. | ) | |
| | ) | |
| KURT KINLUND, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. On July 3, 2007, the court entered General Order 07-09 (filing no.73) in this case. On August 6, 2007, the court entered an Order regarding the progression of this case (filing no. 75).

At the time he filed his complaint, Plaintiff was incarcerated at the Nebraska State Penitentiary in Lincoln, Nebraska. Plaintiff filed a change of address on March 15, 2007 (filing no. 69) indicating that he was incarcerated at Salinas Valley State Prison in Soledad, California ("SVSP"). However, filing nos. 73 and 75 were sent by the Clerk of the court to Plaintiff and his alias at his last known SVSP address, but each mailing was returned as "not at this institution" and "name and CDC# do not correspond." (Filing Nos. 74 and 76.) No forwarding information is available from the institution, and Plaintiff has failed to promptly inform the court of his change of address. *See* Neb. Gen. R. 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this court if Plaintiff's whereabouts remain unknown.

IT IS ORDERED:

1. The plaintiff is given until September 28, 2007 to apprise the court of his current address, in the absence of which this case will be dismissed without prejudice and without further notice.

2. The Clerk of the court is directed to send two separate copies of this order to Plaintiff. One copy shall be sent to Strider Rognirhar at Plaintiff's last known address and one copy shall be sent to Plaintiff's alias, Jonathan Picollo, at Plaintiff's last known address.

3. The Clerk of the court is directed to set a pro se case management deadline in this case using the following text: September 28, 2007: show cause deadline for failing to maintain a current address with the court.

August 28, 2007.  BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge