IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STRIDER ROGNIRHAR, | ) | 4:05CV3130 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MEMORANDUM AND ORDER |
| | ) | |
| KURT KINLUND, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Defendants' motion for permission to withdraw as attorney and amended motion for permission to withdraw as attorney. (Filing Nos. 70 and 71.)  The court notes that counsel Susan M. Ugai has not demonstrated to the court that her clients have agreed to her withdrawal as counsel of record.  Additionally, during the pendency of counsel's motion to withdraw, no attorney has filed an appearance on behalf of the  Defendants California Department of Corrections and Rehabilitation, N. Grannis, Sharon Jackson, David Mouras, Diane Myerson, and Marita Williams.  Unless there is some assurance these defendants have notice and have made alternate arrangements, the court is reluctant to grant the motion to withdraw.

In addition, this court recently entered an order to show cause requiring Plaintiff to update his address with the court no later than September 28, 2007. (Filing No. 77.)  In the event that Plaintiff does not update his address, this case will be dismissed without prejudice.

IT IS ORDERED THAT Defendants' motion and amended motion for permission to withdraw as attorney (Filing Nos. 70 and 71) are denied without prejudice.

September 5, 2007

                              BY THE COURT:

                              s/ Joseph F. Bataillon
                              Chief United States District Judge