IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STRIDER ROGNIRHAR, | ) | 4:05CV3130 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| KURT KINLUND, et al., | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on its own motion. On June 15, 2007, this court ordered Plaintiff to show cause why this action should not be dismissed as moot. (Filing No. 72.) Although it appears from the record that filing no. 72 was delivered to Plaintiff, several other filings were subsequently returned to the court as undeliverable. (*See* Filing Nos. 74, 76, 79, and 81.) As a result of the returned mail, this court ordered Plaintiff to provide the court with his current address. Plaintiff responded with his current address on September 17, 2007, but has never responded to filing no. 72. In his response on September 17, 2007, Plaintiff indicated that he was waiting for a ruling on the issues contained in filing no. 72. In light of this, the court will permit Plaintiff an additional 30 days in which to respond to the June 15, 2007 order to show cause.

    IT IS THEREFORE ORDERED that:

    1.    Plaintiff shall have until October 29, 2007 to show cause why this action should not be dismissed as moot, in accordance with the court's June 15, 2007 memorandum and order. If Plaintiff does not file a response, this action will be dismissed without further notice.

2.     The Clerk of the court is directed to send two separate copies of this order to Plaintiff.  One copy shall be sent to Strider Rognirhar at Plaintiff's last known address and one copy shall be sent to Plaintiff's alias, Jonathan Picollo, at Plaintiff's last known address.

3.     The Clerk of the court is also directed to send two separate copies of the court's June 15, 2007 memorandum and order (filing no. 72) to Plaintiff.  One copy shall be sent to Strider Rognirhar at Plaintiff's last known address and one copy shall be sent to Plaintiff's alias, Jonathan Picollo, at Plaintiff's last known address.

4.     The Clerk of the court is directed to set a pro se case management deadline in this case using the following text: October 29, 2007: Plaintiff's deadline to show cause why complaint is not moot.

September 27, 2007.               BY THE COURT:


                                  s/ Joseph F. Bataillon
                                  Chief United States District Judge